# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137932

NATHANIEL LIVINGSTON, JR.,
      Plaintiff-Appellant,

v

                                      SC: 137932
                                      COA: 288273

WASHTENAW CIRCUIT JUDGE,
      Defendant-Appellee.
                                      Washtenaw CC: 08-002301-PP

_____/

On order of the Court, the application for leave to appeal the December 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

d0316